# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| JONI D. HARRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACT. NO. 2:20-cv-573-TFM-N |
| ) | |
| INTERNATIONAL PAPER COMPANY, ) | |
| ) | |
| Defendant. ) | |

# ORDER

Due to the current damage to the Federal Courthouse in Selma, Alabama, it is necessary for this Southern District of Alabama, Northern Division, case to be held in the Southern Division at the Federal Courthouse in Mobile, Alabama.[1]  Jury selection for this Northern Division case will be from the district at large--summonses will be issued to prospective jurors who reside in both the Northern and Southern Divisions.  Accordingly, the Court's Rule 16(b) Scheduling Order (Doc. 16) as amended (Docs. 42, 98) is **AMENDED**  as follows:

    2.    FINAL PRETRIAL CONFERENCE & PRETRIAL DISCLOSURES.  This action is set for a final pre-trial conference pursuant to Fed. R. Civ. P. 16(e) and S.D. Ala. CivLR 16(b) before United States District Judge Terry F. Moorer on **July 14, 2023**, beginning at **10:00 a.m.**

---

[1] In the Court's December 22, 2022 Order, it stated the jury trial in this matter was to be conducted at the Federal Courthouse in Mobile, Alabama, but previous scheduling orders indicate this matter was to be tried at the Federal Courthouse in Selma, Alabama, which is consistent with the General Local Rules for the Southern District of Alabama.  *Compare* Doc. 98 *with* Docs. 16, 42; S.D. ALA. GENLR 77(a) ("Court for the Northern Division shall be held in Selma when ordered by the Court in a particular case.").  The parties never requested this matter be tried at the Federal Courthouse in Mobile, Alabama, and the Court never discussed such with the parties.  Therefore, the Court's statement in its December 22, 2022 Order that the jury trial in this matter was to be conducted at the Federal Courthouse in Mobile, Alabama, instead of Selma, Alabama, was in error, and this matter always remained set for trial in Selma, Alabama.

**(Central)** and **will be conducted via video teleconference**.  Counsel will be provided with the instructions to access the conference by video at a later date.  *<u>This is a firm setting and the parties are expected to be ready for trial on that date.</u>*  **A COPY OF JUDGE MOORER'S SPECIAL REQUIREMENTS FOR FINAL PRETRIAL CONFERENCES IS ATTACHED.  NO ADDITIONAL NOTICE REGARDING THE FINAL PRETRIAL CONFERENCE WILL BE GIVEN.**

The disclosure of information regarding the evidence that each party may present at trial as required by Fed. R. Civ. P. 26(a)(3) must be made no later than <u>**21 days prior to the date of the final pretrial conference**</u>.  **Any remaining deadlines that were tethered to the pretrial conference date are correspondingly extended.**

3.    <u>TRIAL</u>.  This action is set for jury selection on **August 2, 2023**, and for trial in **Mobile, Alabama**, during the month of <u>**August 2023**</u>, the specific date(s) to be set at the final pretrial conference, *see* § 2, *supra*.  The parties estimate that the trial of this action will take up to <u>**4-5 days**</u>.

All other deadlines in the Rule 16(b) Scheduling Order, as amended, not referenced herein remain in effect.

**DONE** and **ORDERED** this 20th day of March 2023.

/s/ Terry F. Moorer  
TERRY F. MOORER  
UNITED STATES DISTRICT JUDGE