**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| JONI D. HARRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACT. NO. 2:20-cv-573-TFM-N |
| | ) |
| INTERNATIONAL PAPER COMPANY, | ) |
| | ) |
| Defendant. | ) |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order that was entered in this matter on March 31, 2023 (Doc. 102), **JUDGMENT** is hereby entered in favor of Defendant International Paper Company ("International Paper") and against Plaintiff Joni D. Harris ("Plaintiff") as to her following claims:

(1) violation of the Equal Pay Act, 29 U.S.C. § 206(d) [Count 1] as to Brad Shanks, Scott Baker, and Lance McCray in his position as Environmental Manager;

(2) disparate treatment and failure to promote in violation of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000-2(A) [Count 2];

(3) disparate impact in violation of Title VII, 42 U.S.C. § 2000-2(A) [Count 3];

(4) violation of the Age Discrimination in Employment Act, 29 U.S.C. § 621, *et seq.* [Count 4];

(5) retaliatory hostile work environment [Count 5]; and

(6) violation of 42 U.S.C. § 1981 [Count 6].

Further, in accordance with the verdict of the jury that was entered herein, **JUDGMENT** is hereby entered in favor of International Paper and against Plaintiff as to her claim that

International Paper violated the Equal Pay Act (Count 1) when it paid her less than her male comparator, Lance McCray.

The **CLERK OF COURT** is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this 8th day of August 2023.

/s/ Terry F. Moorer  
TERRY F. MOORER  
UNITED STATES DISTRICT JUDGE
